# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: <br><br> DANNY A. GREEN, <br>   Debtor. | Case No: 21-30649-KKS <br> Chapter 7 <br> Judge Karen K. Specie |
| DANNY A. GREEN, <br>   Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br>   Defendant. | Adv. Case No: 22-03013-HAC <br><br> Judge Henry A. Callaway |

## CONSENT MOTION TO ADJOURN SCHEDULING CONFERENCE AND STAY PROCEEDINGS

Defendant, United States Department of Education (Education), through its attorney, Assistant United States Attorney Katherine C. Kerwin, respectfully requests that this Court adjourning the scheduling conference and staying the proceedings in the instant adversary proceeding until December 31, 2022, and in support states as follows:

1.  Plaintiff filed an adversary proceeding seeking to discharge student loans owed to the Department of Education on or about June 28, 2022.

1

2. Defendant filed an Answer on September 8, 2022.

3. A scheduling conference is scheduled for Monday, September 12, 2022 at 10:00AM.

4. In light of the government's current pause on student loan collection through December 31, 2022, the potential for the government's forgiveness of $10,000 in student loans, as well as other avenues that may be available to Defendant to eliminate his student loans, the parties have agreed to stay the proceedings until December 31, 2022.

5. The parties further request and agree that the scheduling conference currently scheduled for Monday, September 12, 2022, should be adjourned to a date after December 31, 2022, to be set by the Court.

6. Counsel for Plaintiff and Defendant have conferred and Plaintiff agrees to the requested relief.

WHEREFORE, the parties respectfully request that this Court enter an order stating as follows:

A) The proceedings in adversary case number 22-03013-HAC are stayed until December 31, 2022; and

B) The scheduling conference currently scheduled for Monday, September 12, 2022 is adjourned to a date after December 31, 2022, to be set by the Court.

                                      Respectfully submitted,

                                      JASON R. COODY
                                      United States Attorney

*/s/ Katherine C. Kerwin*
**KATHERINE C. KERWIN**
Assistant United States Attorney
Michigan Bar No. P73070
Email: katherine.kerwin@usdoj.gov
111 North Adams Street, 4th Floor
Tallahassee, FL  32301
Telephone:  850-942-8430
Fax:  850-942-8466

Date: September 8, 2022

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Consent Motion Answer to Complaint has been furnished via CM/ECF to all interested parties, this 8th day of September, 2022, including:

Carrie Cromey
101 S. Jefferson Street, Suite C
Pensacola, FL 32502
carrie@cromeylaw.com

                                        */s/ Katherine C. Kerwin*
                                        **KATHERINE C. KERWIN**
                                        Assistant United States Attorney